IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES NELSON,
D.O.C. # 307445,

    Plaintiff,

vs.                                  Case No. 4:19cv82-RH/CAS

FLORIDA STATE PRISON,
et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff James Nelson is an inmate incarcerated within the Florida Department of Corrections. Plaintiff's inmate number is 307445, and he is currently incarcerated at Wakulla Correctional Institution. ECF No. 1 at 2. Plaintiff has submitted a § 1983 civil rights complaint in this Court against numerous Defendants, some of whom are at the Florida State Prison in Raiford, Florida, while others are located at Wakulla C.I. *Id.* at 2-3. Plaintiff has also filed a motion requesting in forma pauperis status. ECF No. 2. That motion has been reviewed along with the complaint.

Judicial notice is taken that Plaintiff has filed a multitude of civil cases in the various federal courts of Florida. The following cases were dismissed in the Middle District of Florida on the grounds that they were frivolous, malicious, or failed to state a claim: case number 3:00cv872, case number 3:00cv873, case number 3:00cv874, case number 3:00cv856, case number 3:00cv857, and case number 3:00cv858.[1] Judicial notice is taken that Plaintiff has more than three "strikes" and is not entitled to proceed with in forma pauperis status pursuant to 28 U.S.C. § 1915(g). *See* case # 1:17cv91-MW-GRJ (N.D. Fla.), case # 4:10cv398-MP-WCS (N.D. Fla.), case # 3:04cv969-HES-MMH (M.D. Fla.), and case # 4:09cv315-WS-GRJ. Plaintiff is well aware that he must pay the Court's filing fee at the time he submits a civil complaint due to the number of prior cases dismissed under 28 U.S.C. § 1915(g). Just one year ago, Plaintiff was denied in forma pauperis status in case number 4:18cv39-RH-CAS and his § 1983 complaint was dismissed pursuant to § 1915(g).

The only exception which would enable Plaintiff to proceed with in forma pauperis status is if he alleged that he was in imminent danger of serious physical injury from a named Defendant. That exception is not

---

[1] There is no reason to cite all of Plaintiff's prior cases as it is clear that he is barred by § 1915(g) and cannot proceed with in forma pauperis status.

Case No. 4:19cv82-RH/CAS

applicable here. Plaintiff complains about the destruction of property, the lack of a commitment order directing his imprisonment, obstructing his use of the grievances process, denying him sufficient time in the law library (which does not have sufficient books), and denying him printouts of his bank account forms, among other issues. Plaintiff has not alleged that he is in imminent physical danger. Therefore, Plaintiff's in forma pauperis motion, ECF No. 2, should be denied and this case dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

It is respectfully **RECOMMENDED** that Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, be **DENIED** pursuant to 28 U.S.C. § 1915(g) and this case summarily **DISMISSED**. It is further **RECOMMENDED** that the Order adopting this Report and Recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on March 7, 2019.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). **Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.** If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.