IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES NELSON,

      Plaintiff,

v.                                    CASE NO. 4:19cv82-RH-CAS

FLORIDA STATE PRISON,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's 3-page report and recommendation, ECF No. 4. The plaintiff has filed 25 pages of rambling objections, all hard to decipher and most unrelated to the grounds on which the report and recommendation concludes the complaint should be dismissed. *See* ECF No. 5. I have reviewed de novo the issues raised by the report and recommendation and related objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not adequately alleged that he is in imminent danger of serious physical injury. The plaintiff therefore cannot proceed *in forma pauperis*. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on March 26, 2019.

                                        s/Robert L. Hinkle
                                        United States District Judge